# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Tremell Washington,<br><br>    Plaintiff,<br><br>v.<br><br>Palmetto State Armory LLC,<br><br>    Defendant. | C/A No.: 3:24-cv-02651-MGL-SVH<br><br>**JOINT STIPULATION OF<br>DISMISSAL WITH PREJUDICE** |

PURSUANT TO RULE 41(a)(1), FRCP, Plaintiff and Defendant hereby agree and stipulate that this action should be dismissed with prejudice. The parties shall bear their own costs and attorneys' fees.

Respectfully submitted,

| **CROMER BABB & PORTER, LLC** | **BURR & FORMAN LLP** |
|---|---|
| BY: *s/Chance Sturup* | BY: *s/Chandler Aragona* |
|  J. Paul Porter (#11504) |  Richard J. Morgan (#1266) |
|  Chance Sturup (#13815) |  Chandler E. Aragona (#13561) |
|  1418 Laurel Street, Ste. A |  1221 Main Street, Ste. 1800 |
|  P.O. Box 11675 |  P.O. Box 11390 |
|  Columbia, SC 29211 |  Columbia, SC 29211 |
|  Phone: 803-799-9530 |  Phone: 803-799-9800 |
|  paul@cromerbabb.com |  rmorgan@burr.com |
|  chance@cromerbabb.com |  caragona@burr.com |
| ***Attorneys for Plaintiff*** | ***Attorneys for Defendant*** |

December 3, 2024
Columbia, South Carolina